*Edward N. Bibby et al., appellants, v. John Myer, respondent.* W. SILLIMAN, for appellants; R. N. MORRISON, for respondent.

Order appealed from reversed, and petition of respondent dismissed, without costs; but without prejudice to any application to be made in the name of himself and his wife after such costs shall have been paid.

*Mary Martin by Joseph Dean, her next friend,* v. *Norris L. Martin et al.* D. D. FIELD, for complainant; J. GREENWOOD, for the defendant.

Decree declaring the rights of the parties upon both appeals, modifying the decree of the assistant vice chancellor, and directing an account. Neither party to have costs as against the other.